# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD W. DUNLAP,<br><br>                Plaintiff,<br><br>vs.<br><br>ANCHORAGE POLICE DEPARTMENT and<br>THE MUNICIPALITY OF ANCHORAGE,<br>and SHAUN HENRY,<br><br>                Defendants. | Case No. 3:10-cv-00242-SLG |

## ORDER ON DEFENDANTS' MOTION TO AMEND JUDGMENT

At Docket 84, Defendants Anchorage Police Department, the Municipality of Anchorage and Shaun Henry moved to amend thee 2016 Judgment in this case (Docket 75). No response to the motion was filed. The proposed Amended Judgment would be for the same amount as entered in 2012,[1] but would be newly entered in 2018. Post judgment interest would begin to accumulate upon entry of the Amended Judgment. Defendants have not sought to recover any additional costs and fees incurred since 2012, nor to recover post judgment interest accumulated since 2012 through the date of this order. GOOD CAUSE being shown, IT IS ORDERED that the motion at Docket 84 is GRANTED. The Clerk of Court is directed to enter an Amended Judgment that is the same as the judgment that was previously entered at Docket 52-2, except that it should indicate an effective date of May 14, 2018.

DATED this 14th day of May, 2017 at Anchorage, Alaska.

                                                                         */s/ Sharon L. Gleason*
                                                                         UNITED STATES DISTRICT JUDGE

---

[1] *See* Dkt. 52-2.